App. Div.] Second Department, April, 1911.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to Lands for Approach to Manhattan Bridge (Bridge No. 3), in the Fourth, Fifth and Eleventh Wards, Borough of Brooklyn, City of New York. Christine Camichel, Petitioner.— Motion to confirm report of referee granted. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises Situated in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, etc.— Order of reference to Horatio C. King, Esq. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to Lands for a Plaza at the Manhattan Bridge Terminal, etc. Meier Steinbrink, as Substituted Trustee, etc., Petitioner.— Motion granted, and reference ordered to Joseph P. Conway, Esq. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of Hamilton R. Halsey for Payment of Award Made in Proceedings for Acquiring Title to Premises on Main Street, etc., Elmhurst, Queens Borough, for a School Site.— Order of reference to Daniel D. Whitney, Jr., Esq. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ. Settle order before the presiding justice on notice to all parties appearing on the hearing of the motion.

In the Matter of the Application of Napoleon Bonaparte Kleinpeter for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Simon Koransky, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

The Oliver Typewriter Company, Respondent, v. The Nassau County Republican Company, Appellant.— Motion denied on condition that the appellant pay the respondent ten dollars costs and be ready for argument when the case is reached in its present place on the calendar. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Michael S. N. Pierre, Appellant, v. Edward V. Farley, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Arthur C. Platt, Appellant, v. Seymour W. Bonsall and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ. Settle order before Mr. Justice Carr.

Abraham Plott, Respondent, v. William M. Barrett, as President of the Adams Express Company, Appellant.— Motion for stay granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Gerhard T. Potthoff, Appellant, v. Safety Armorite Conduit Company, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

The People of the State of New York ex rel. The City of New York, Respondent, v. Charles W. Smith and Others, the Assessors of the Town